In the Matter of the Claim of FLORENCE HORN, Respondent, against PALS & SOLOW et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted March 2, 1949; decided April 14, 1949.

*Bernard Katzen*, General Attorney (*George J. Hayes* and *Victor Fiddler* of counsel), for State Insurance Fund and another, appellants.

*Nathaniel L. Goldstein*, Attorney-General (*Daniel Polansky* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order reversed and claim dismissed upon the ground that there was no evidence of an accidental injury within the meaning of subdivision 7 of section 2 of the Workmen's Compensation Law. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.